IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | SUPERSEDING |
|---|---|---|
| v. | : | |
| ALTON LAMAR BROOKS | : | 1:23CR9-1 |
| TERYION FREDDEY MARQUIS WILLIAMS | : | 1:23CR9-2 |
| CAMERON [NMN] PATTERSON | : | 1:23CR9-3 |

FACTUAL BASIS

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states the following:

On October 14, 2022, a confidential informant (CI) provided information regarding an individual that he had met who identified himself as "Squirt." "Squirt" informed the CI that he sells firearms and narcotics. "Squirt" provided the CI with a telephone number of \*\*\*-\*\*\*-7102. Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) Task Force Officer (TFO) La Valley queried the telephone number provided to the CI through Cash App and saw that the telephone number was linked to "Alton Brooks" with the $Cashtag of "$dizzleman3." TFO La Valley then queried "Alton Brooks" through the Winston-Salem Police Department law enforcement database and located an Alton Lamar BROOKS with an alias of "Squirt." TFO La Valley showed an

image of Alton BROOKS to the CI, who confirmed that Alton Brooks and "Squirt" are the same person.

On October 20, 2022, the CI arranged through recorded contact with BROOKS a transaction for approximately two ounces of marihuana. An undercover ATF agent (UC) and the CI picked up BROOKS, who was walking in the 1700 block of Vargrave Street, Winston-Salem. BROOKS got into the undercover vehicle (UCV) with the UC and CI. The CI introduced BROOKS to the UC. The UC drove the UCV to a parking lot near the intersection of Gholson Avenue and Cunningham Avenue, Winston-Salem. After the UC parked, BROOKS retrieved a plastic bag containing marihuana from the front of his pants. BROOKS then handed the UC a prepackaged bag of marihuana and handed the CI an additional bag of prepackaged marihuana. BROOKS informed the CI that the price of marihuana was $220. The UC counted out $220 in undercover funds and gave the money to the CI to hand to BROOKS. The CI then handed the UC the additional bag of marihuana. The transaction was audio and video recorded and the funds utilized had been rerecorded. The suspected marihuana was not tested.

On October 25, 2022, ATF Special Agents (SA) discussed the investigation of Trevis Orr Herring. According to ATF TFOs, Orr Herring lived near a suspected straw purchaser and friend, Teryion Freddy Marquis

2

WILLIAMS. The TFOs stated that WILLIAMS was known to them based on traces and multiple sales reports that showed he had made numerous firearm purchases. The TFOs also stated they have reviewed prior social media accounts and observed Orr Herring and WILLIAMS posing together.

On this same date, ATF SA Johnson and the TFOs reviewed ATF'S eTrace system for purchases made by WILLIAMS. During their review, SAs and TFOs observed WILLIAMS had seven (7) previous multiple sales of firearms totaling sixteen (16) firearms and fifteen (15) total traces. Of note, WILLIAMS used the 312 Brent View Court, Winston Salem, address during the purchases and the date range of activity is from September 10, 2019, through October 15, 2022.

In reviewing the traces, ATF SA Johnson observed several traces with a short "time-to-crime," to include but not limited to 8 days, 8 days, 17 days, 28 days, 53 days, and 76 days. Based on SA Johnson's training and experience, he knows it is a common trend for high-volume straw purchasers to have short "time-to-crime" numbers. Of interest, the last five traces of firearms purchased by WILLIAMS showed that he purchased them at the same Federal Firearms Lincesee (FFL), Long's Pawn and Jewelry, and the last four of those traces were Palmetto Arms firearms.

On October 26, 2022, an ATF UC arranged to purchase approximately

two ounces of marihuana from BROOKS. BROOKS informed the UC to come to the Valero Gas Station located at 67 Waughtown Street, Winston-Salem. Once the UC arrived, he contacted BROOKS via telephone. BROOKS then instructed the UC to the area of Providence Place Apartments located at 1492 Gillcrest Drive, Winston-Salem. The UC drove to the location and observed BROOKS between apartment buildings on Frazier Way. BROOKS asked the UC to drive to the back of the apartment and park, which the UC agreed to do. BROOKS then walked to the UCV and got into the front seat. BROOKS then provided a large plastic bag of marihuana and commented on the quality being good. In return, the UC paid BROOKS $360 in undercover funds. During the transaction, BROOKS informed the UC that he had multiple firearms that he would sell to the UC later. The transaction was audio and video recorded and the funds utilized had been prerecorded. The suspected marihuana was not tested.

On October 27, 2022, two ATF UCs arranged to buy firearms from BROOKS who described the firearms as a "Glock 40" and a "nine," or 9-millimeter. The parties agreed to meet at the Valero gas station located at 67 Waughtown Street, Winston-Salem. UC1 and UC2 drove together to the location in a UCV at which time UC1 contacted BROOKS via telephone. BROOKS then directed UC1 to the area of the BP Gas Station located at 601

4

Peters Creek Parkway, Winston-Salem. The UCs then drove to the BP Gas Station where the UCs observed BROOKS coming out of the store. UC2 exited the UCV and allowed BROOKS to sit in the front seat. UC2 got into the rear of the UCV. BROOKS then directed UC1 to drive to the Providence Place Apartments located at 1492 Gillcrest Drive, Winston-Salem. The parties arrived and BROOKS exited the UCV and directed the UCs to park in the back of the apartments. UC1 drove the UCV to the back of the lot. BROOKS walked toward apartment 709 and later re-emerged with another individual. Both BROOKS and the unidentified male approached the UCV. BROOKS got into the front passenger seat and provided UC1 with a black semi-automatic pistol from the front pocket of his hoodie. UC1 identified the firearm as a Hi-Point, model JCP, .40 caliber handgun, serial number 728081. BROOKS informed UC1 that there was "one in the head," indicating that the firearm had a round chambered and was ready to fire. The parties discussed the firearm not being a Glock and agreed on a price of $400. UC1 paid BROOKS $400 in undercover funds for the pistol and an additional $100 in undercover funds for setting up the transaction. BROOKS informed UC1 that he would be in touch regarding future firearms transactions. This transaction was audio/video recorded and funds utilized had been prerecorded.

On November 1, 2022, two ATF UCs met with BROOKS and a juvenile

and purchased from them a personally made firearm (PMF or "Ghost Gun"), and a bag of ammunition, for $800 and $100 broker fee. The juvenile showed the UCs a Springfield .45 caliber pistol during the transaction; however, he was not willing to sell it at that time. Following this purchase and after the UCs drove off, BROOKS called UC1 and stated he had another firearm for sale. The UCs went back and met with BROOKS and WILLIAMS. BROOKS received a Palmetto Arms ARP from WILLIAMS and sold it to UC1 for $1,000, along with $100 broker fee the UCs paid to BROOKS. WILLIAMS had purchased the firearm from Long's Pawn and Jewelry that same day. UC1 identified the firearm as a Palmetto State Armory multi-caliber handgun, model PA-15, serial number SCD825366. WILLIAMS stated he could sell additional firearms to the UCs and provided his phone number. This transaction was audio/video recorded and the funds utilized had been prerecorded.

On November 3, 2022, two ATF UCs arranged a purchase of a firearm from WILLIAMS. The UCs drove to the McDonald's located at 110 Hanes Mall, Winston Salem, where they met WILLIAMS. WILLIAMS provided UC1 with a cardboard gun box which contained a new Palmetto State Armory multi-caliber handgun. UC1 asked WILLIAMS, "Did you just get this," to which WILLIAMS responded, "Yeah homie. It's brand new." WILLIAMS further

informed the UCs that he could acquire firearms regularly for the UCs to purchase, to include full-automatic firearms and handguns with "switches." WILLIAMS stated he acquires firearms directly from FFLs. UC1 paid WILLIAMS $960 in undercover funds in exchange for a firearm that WILLIAMS had purchased from Long's Pawn and Jewelry that same day. The firearm was identified as a Palmetto State Armory multi-caliber handgun, model PA-15, serial number SCD821060. This transaction was audio/video recorded and the funds utilized had been prerecorded.

On November 4, 2022, two ATF UCs arranged a purchase of a Glock pistol affixed with a machinegun conversion device, or "Glock Switch," from WILLIAMS. The UCs drove to the Walmart located at 3475 Parkway Village Court, Winston Salem, where they met WILLIAMS. During the interaction, WILLIAMS showed the UCs a Glock with a "Glock Switch" affixed and stated, "it's built in already." UC1 asked WILLIAMS if "that thing goes full auto all day" to which WILLIAMS responded, "all day." UC1 then provided WILLIAMS with $1,300 in undercover funds. The firearm was identified as a Glock 9mm handgun, model 19Gen5, serial number AGHZ511, with one magazine and an affixed machinegun conversion device, commonly referred to as a "Glock Switch." This transaction was audio/video recorded and the funds utilized had been prerecorded.

The Firearms Technology Criminal Branch of ATF examined the Glock 9mm pistol, model 19Gen5, serial number AGHZ511 (Exhibit 10), along with the affixed "Glock Switch" (Exhibit 10A) and concluded as follows:

> Exhibit 10 is a weapon which will expel a projectile by the action of an explosive and contains the frame of such a weapon; therefore, it is a "firearm" as defined in 18 U.S.C. § 921(a)(3)(A) and (B).
>
> Exhibit 10A, in and of itself, is a part designed and intended solely and exclusively, for use in converting a weapon into a machinegun and it is a "machinegun" as defined in 26 U.S.C. § 5845(b).
>
> Exhibit 10A, being a machinegun, is also a "firearm" as defined in 26 U.S.C. § 5845(a)(6).
>
> Exhibit 10A is also a "machinegun" as defined in 18 U.S.C. § 921(a)(24).

On November 4, 2022, WILLIAMS sent UC1 a photo of two Draco-style firearms from Long's Gun and Pawn. On November 7, 2022, UC1 asked WILLIAMS to purchase one or both Dracos. On November 8, 2022, WILLIAMS stated that he had to go get them, leading UC1 to believe that he had to purchase them from the FFL. UC1 then told WILLIAMS that he just wanted to purchase one. Approximately two hours later, two ATF UCs met with WILLIAMS and purchased one Draco-style firearm from him. WILLIAMS had the original firearm box in his truck and stated that he had just acquired it from the store. UC2 paid WILLIAMS $1,500. UC2 identified the firearm as a Century Arms 7.62x39mm handgun, model Mini Draco, serial number 22PG-6396. After the UCs departed, the surveillance team observed WILLIAMS

8

meet with Cameron PATTERSON and saw WILLIAMS provide PATTERSON with an unknown amount of currency. This transaction was audio/video recorded and the funds utilized had been prerecorded.

On November 9, 2022, two ATF UCs met with BROOKS, two juveniles, and two other unidentified males. BROOKS sold UC1 two revolvers for $1,200, along with a $200 broker fee to BROOKS. UC2 purchased a stolen and loaded Springfield Armory .45 caliber handgun, model XD-45, serial number S3106135, and a Sig Sauer 9mm handgun, model SP2022, serial number 24B287754, for $1,360 from the two juveniles and the two other unidentified males. After the UCs departed, BROOKS called UC1 and said he had another firearm for sale. While waiting for BROOKS to confirm he was ready, the UCs observed WILLIAMS' truck drive in the direction of BROOKS. Moments later, BROOKS said he was ready. The UCs then pulled behind WILLIAMS' truck and BROOKS exited the passenger side carrying a pistol. UC1 paid BROOKS $1,000 for a Palmetto State Armory multi-caliber handgun, model PA-15, serial number SCD825347, and UC2 provided him with a $40 broker fee. WILLIAMS had purchased the firearm from Long's Pawn and Jewelry earlier that same day. This transaction was audio/video recorded and the funds utilized had been prerecorded.

On November 10, 2022, PATTERSON was confirmed to be the individual

9

WILLIAMS met with following the November 8, 2022, UC purchase. Agents learned that from September 30, 2022, to October 28, 2022, PATTERSON conducted six (6) multiple sales, totaling 33 Glock pistols, all of which were similar models and calibers. Agents learned that PATTERSON has his Concealed Carry Permit as well. Also, during the November 3, 2022, transaction with WILLIAMS, WILLIAMS showed UC1 photos of firearms in his phone and UC1 observed a text thread with "Cam" and observed multiple firearm photos in the thread.

On November 12, 2022, agents identified a multiple sale report in eTrace that showed PATTERSON had purchased the Draco firearm that WILLIAMS sold to two UCs on November 8, 2022. Following that purchase, agents observed WILLIAMS meet with PATTERSON and provide him with an unknown amount of currency.

On November 14, 2022, an ATF UC arranged to meet with BROOKS to purchase two firearms. BROOKS came to the transaction alone. BROOKS sold the UC a loaded Taurus .40 caliber handgun, model 740 Slim, serial number SHW18788, and a loaded SCCY 9mm handgun, model CPX-1, serial number C219141, for $1,400. BROOKS was also provided a $200 broker fee. This transaction was audio/video recorded and the funds utilized had been prerecorded.

On December 2, 2022, two ATF UCs met with BROOKS near 1470 Frazier Way, Winston-Salem. BROOKS sold the UCs a CZ .45 caliber handgun, model 97B, serial number D263652, for $1,000. BROOKS then rode with the UCs to 2300 K Court, Winston-Salem, where BROOKS' "nephew" provided him with an Anderson Manufacturing multi-caliber handgun, model AM-15, serial number 14042621, that BROOKS sold to the UCs for $1,200. UC1 provided BROOKS with a $200 broker fee. This transaction was audio/video recorded and the funds utilized had been prerecorded.

All the firearms purchased during this investigation were determined to have been manufactured outside the State of North Carolina and therefore had traveled in and affected interstate commerce or foreign commerce. Additionally, all the firearms purchased met the statutory definition of a "firearm" as set forth in 18 U.S.C. § 921(a)(3).

Related to the conspiracy charged against WILLIAMS and PATTERSON, between August 11, 2018, and December 10, 2022, WILLIAMS acquired approximately 86 firearms from Winston-Salem area FFLs, including Cash America Pawn, ProShots, Atlas Firearms, Academy Sports + Outdoors, Long's Pawn and Jewelry, and Idol's Gun Rack. Between May 18, 2022, and December 3, 2022, PATTERSON acquired approximately 82 firearms from Winston-Salem area FFLs, including Atlas Firearms, Academy Sports +

11

Outdoors, Long's Pawn and Jewelry, and Guns & More.

Many of the guns purchased by WILLIAMS and PATTERSON were what law enforcement refer to as "crime guns," that is, firearms recovered by police during enforcement activity. The following firearms are included on that list:

On or about February 14, 2020, WILLIAMS acquired a Glock .45 caliber handgun from Cash America Pawn. 76 days later it was recovered by law enforcement in Spencer, North Carolina.

On or about January 19, 2021, WILLIAMS acquired a Bersa .380 caliber handgun from Long's Pawn and Jewelry. 53 days later it was recovered by law enforcement in Winston-Salem, North Carolina, having been seized from an 18-year-old validated gang member.

On or about November 16, 2021, WILLIAMS acquired a Kimber .357 caliber handgun from ProShots. Eight days later it was recovered by law enforcement in Winston-Salem, North Carolina, having been seized during a narcotics investigation involving approximately two pounds of methamphetamine.

On or about May 27, 2022, WILLIAMS acquired a Palmetto .300 caliber rifle from Long's Pawn and Jewelry. 34 days later it was recovered by law enforcement in Winston-Salem, North Carolina, having been seized during a traffic stop involving approximately 66 grams of marihuana.

On or about June 29, 2022, WILLIAMS acquired a Palmetto multi-caliber rifle and a Palmetto 5.56 caliber rifle from Long's Pawn and Jewelry. 28 days later the Palmetto multi-caliber rifle was recovered by law enforcement in Winston-Salem, North Carolina, having been seized from a juvenile gang member. 17 days later the Palmetto 5.56 was recovered by law enforcement in Winston-Salem, North Carolina, having been located in a local park where gang members were known to congregate.

On or about August 13, 2022, WILLIAMS acquired a Palmetto multi-caliber rifle from Long's Pawn and Jewelry. Eight days later it was recovered by law enforcement in Winston-Salem, North Carolina, found in a hotel parking lot while responding to a "subjects with firearms" call.

On or about September 23, 2022, WILLIAMS acquired a Palmetto multi-caliber rifle and a Palmetto 5.56 caliber rifle from Long's Pawn and Jewelry. 32 days later they were recovered by law enforcement in Winston-Salem, North Carolina, having been seized from a felon.

On or about September 27, 2022, WILLIAMS acquired a Palmetto multi-caliber rifle from Long's Pawn and Jewelry. 15 days later it was recovered by law enforcement in Hillsborough, North Carolina, having been seized from a third-party.

On or about September 30, 2022, WILLIAMS acquired a Palmetto multi-caliber rifle from Long's Pawn and Jewelry. 79 days later it was recovered by law enforcement in Winston-Salem, North Carolina, having been seized from a third-party.

On or about September 30, 2022, PATTERSON acquired a Glock 9mm handgun from Atlas Firearms. 39 days later it was recovered by law enforcement in High Point, North Carolina, having been seized from a third-party.

Between on or about October 17, 2022, and on or about October 25, 2022, PATTERSON acquired 21 Glock handguns, various calibers, from Long's Pawn and Jewelry. 58 days later 11 of the manufacturer's boxes containing such firearms were recovered by the Greensboro Police Department during the execution of a search warrant at 500 Logan Street, Apartment C, Greensboro, North Carolina.

On or about November 8, 2022, PATTERSON acquired a Romarm 7.62 caliber rifle from Long's Pawn and Jewelry. Later that same day WILLIAMS sold the 7.62 caliber rifle to an undercover ATF agent for $1,500. After the sale agents witnessed WILLIAMS meet with PATTERSON and provide him an unknown amount of U.S. currency.

13

On or about November 11, 2022, PATTERSON acquired a Glock 10mm handgun from Long's Pawn and Jewelry. 18 days later it was recovered by law enforcement in Winston-Salem, North Carolina, having been seized from an 18-year-old validated gang member.

On or about November 12, 2022, CAMERON [NMN] PATTERSON acquired a Taurus .38 caliber handgun from Long's Pawn and Jewelry. One day later it was recovered by law enforcement in Winston-Salem, North Carolina, having been seized from a validated gang member/felon.

On or about November 14, 2022, CAMERON [NMN] PATTERSON acquired three Glock 9mm handguns from Long's Pawn and Jewelry. 17 days, 11 days, and 11 days later, respectively, these firearms were recovered by law enforcement outside of the United States, having been seized from third parties.

Additionally, on at least four different occasions PATTERSON made false statements when purchasing firearms. On November 8, 2022 (Century Arms 7.62x39mm pistol, model Mini Draco, serial number 22PG-6396 from Long's Pawn and Jewelry), November 11, 2022 (Glock 10mm pistol, model G29SF, serial number BYAK338 from Long's Pawn and Jewelry), November 14, 2022, (Glock 9mm pistol, model G26, serial number AGSM879, and Glock 9mm pistol, model G26, serial number AHAH856 from Long's Pawn and Jewelry), and November 14, 2022 (Glock 9mm pistol, model 26Gen5, serial number AFPH821, from Guns and More). PATTERSON, in connection with the acquisition of such firearms, knowingly made a false and fictitious written statement likely to deceive the dealer with respect to facts material to the lawfulness of the sale and other disposition of such firearm, pursuant to

14

Chapter 44, Title 18, United States Code; in that PATTERSON certified in each instance on an ATF Form 4473, Firearms Transaction Record, in response to question 21(a): "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheets (ATF Form 5300.9A)?" to which he provided an answer of "Yes," when in truth and in fact, as PATTERSON then well knew, he was purchasing the firearm with the intent to later transfer such firearm to another person.

This the 3rd day of March, 2023.

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney


/S/ CLIFTON T. BARRETT
Assistant United States Attorney
NCSB # 12858
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351

CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

   Corey D. Buggs, Esq.
   John A. Dusenbury, Jr., Assistant Federal Public Defender
   John D. Bryson, Esq.

   /S/ CLIFTON T. BARRETT
   Assistant United States Attorney
   NCSB # 12858
   United States Attorney's Office
   Middle District of North Carolina
   101 S. Edgeworth Street, 4th Floor
   Greensboro, NC 27401
   Phone: 336/333-5351

16

Case 1:23-cr-00009-LCB  Document 61  Filed 03/03/23  Page 16 of 16